IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 23 C 808 |
| MECHANICAL CONCEPTS OF ILLINOIS, INC., an Illinois corporation, | ) ) ) | JUDGE JOHN J. THARP, JR. |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, MECHANICAL CONCEPTS OF ILLINOIS, INC., an Illinois corporation, in the total amount of $147,871.76, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,153.50.

On February 9, 2023, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to her, personally, at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 2, 2023. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Mechanical Concepts\#30233\motion for entry of default and judgment.cmc.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 7th day of June 2023:

> Ms. Elizabeth M. Wozniak, Registered Agent
> Mechanical Concepts of Illinois, Inc.
> 924 Burgess Hill Road
> Naperville, IL  60565-6108
>
> Ms. Elizabeth M. Wozniak, Registered Agent
> Mechanical Concepts of Illinois, Inc.
> 333 S Ohare Drive
> Romeoville, IL  60446-5633

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Mechanical Concepts\#30233\motion for entry of default and judgment.cmc.df.wpd