IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 23 C 808 |
| MECHANICAL CONCEPTS OF ILLINOIS, INC., an Illinois corporation, | ) ) ) ) | JUDGE JOHN J. THARP, JR. |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 8, 2023, request this Court enter judgment against Defendant, MECHANICAL CONCEPTS OF ILLINOIS, INC., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On June 8, 2023, this Court entered default against Defendant and ordered Plaintiffs to file a motion for default judgment by July 6, 2023.

2. An exit audit was performed upon the payroll books and records of the Defendant by Calibre CPA Group, PLLC, Certified Public Accountants. The audit covered the period from August 2020 through January 2023. (See Affidavit of Katie Eby).

3. Pursuant to the payroll audit conducted Calibre CPA Group, PLLC, it has been determined that there were no audit findings due from the Defendant to the Plaintiff Funds for contributions for the audit period (Eby. Aff. ¶ 5).

4. Defendant has submitted monthly contribution reports to the Plaintiffs identifying employees of the Defendant who performed work covered by the collective bargaining agreement, and the number of hours worked by or paid to those employees for the months of October 2022 through January 2023. Said monthly contribution reports establish that Defendant owes the Plaintiffs the amount of $134,580.50 for contributions (Eby. Aff. ¶ 6(b)).

5. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid, for the months of October 2022 through January 2023, in the total amount of $13,291.26 (Eby. Aff. ¶ 6).

6. In addition, Plaintiffs' firm has expended $552.00 for costs and $601.50 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the supporting documents filed hereto, Plaintiffs request entry of judgment in the total amount of $149,025.26.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $149,025.26.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com
I:\265J\Mechanical Concepts\#30233\motion for entry of judgment.cmc.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>14th</u> day of <u>June 2023</u>:

        Ms. Elizabeth M. Wozniak, Registered Agent
        Mechanical Concepts of Illinois, Inc.
        924 Burgess Hill Road
        Naperville, IL   60565-6108

        Ms. Elizabeth M. Wozniak, Registered Agent
        Mechanical Concepts of Illinois, Inc.
        333 S Ohare Drive
        Romeoville, IL  60446-5633

        /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Mechanical Concepts\#30233\motion for entry of judgment.cmc.df.wpd